IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN JENKINS, et al.,

    Plaintiffs,

    v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,

    Defendants.

No. C 14-2758 CW

ORDER DENYING MOTION TO DISMISS (Docket No. 86)

    The Court held a hearing on October 9, 2014.  For the reasons stated on the record, Defendants' Motion to Dismiss (Docket No. 86) is DENIED.

    IT IS SO ORDERED.

Dated:  October 10, 2014

CLAUDIA WILKEN
United States District Judge