IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION, _____/ | No. md 14-2541 CW<br><br>ADMINISTRATIVE ORDER |
| MARTIN JENKINS, et al., <br>    Plaintiffs,<br>    v.<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br>    Defendants.<br>_____/ | No. C 14-2758 CW<br><br>ADMINISTRATIVE ORDER |

The parties filed a case management report on October 30, 2014. (Docket No. 41). In light of that report, the Court sets the following deadlines:

    1.    All Plaintiffs who seek to certify a Rule 23(b)(2) class shall file a joint brief no sooner than November 6, 2014.

    2.    Defendants shall file their joint opposition ten weeks after the motion is filed.

    3.    Plaintiffs shall file their joint reply brief no later than three weeks thereafter.

    4.    The Court will schedule the matter for hearing approximately two weeks after the reply is filed, on a Thursday at 2:00 p.m. A case management conference will also be held on that date.

In addition, the parties shall attempt to agree on a mediator. If they are unable to agree, each side shall submit the names and two-page curriculum vitae of three proposed mediators no later than November 20, 2014. Any party that perceives a conflict of interest with respect to one or more of the other side's proposed mediators may file a brief objection no later than December 4, 2014.

IT IS SO ORDERED.

Dated: November 5, 2014

CLAUDIA WILKEN
United States District Judge

2