1    [Counsel listed on signature page]

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                          **NORTHERN DISTRICT OF CALIFORNIA**

10                               **OAKLAND DIVISION**

11   **IN RE: NATIONAL COLLEGIATE**              **Case No. 4:14-md-02541-CW**
     **ATHLETIC ASSOCIATION ATHLETIC**           **Case No. 4:14-cv-02758-CW**
12   **GRANT-IN-AID CAP ANTITRUST**
     **LITIGATION**
13
                                                 **STIPULATION AND [PROPOSED]**
14   THIS DOCUMENT RELATES TO:                   **ORDER RESETTING SCHEDULE FOR**
                                                 **CLASS CERTIFICATION AND**
15   ALL ACTIONS                                 **CANCELLING CASE MANAGEMENT**
                                                 **CONFERENCE**
16

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, at the October 9, 2014 hearing on Defendants' Motion to Dismiss, the Court
2    scheduled a Case Management Conference for January 7, 2015, but noted that "if that comes along
3    and everything is all set and we don't need it, we can just cancel it;"

4        WHEREAS, shortly after the hearing, the parties began negotiating the production of certain
5    documents and other materials, including, but not limited to, expert reports; discovery responses;
6    documents responsive to discovery requests; deposition transcripts, videos, and exhibits; declarations
7    and affidavits; and trial transcripts and exhibits produced, exchanged, or filed(collectively, the
8    "Materials") from *O'Bannon v. NCAA*, Case No. 09-cv-3329-CW (N.D. Cal.); *Keller v. Electronic*
9    *Arts, Inc. / In re NCAA Student-Athlete Name & Likeness Litigation*, Case No. 09-cv-1967-CW
10   (N.D. Cal.); *White v. NCAA*, Case No. 06-cv-0999-VBF (C.D. Cal.); *Agnew v. NCAA*, Case No. 11-
11   cv-0293-JMS (S.D. Ind.); *Agnew v. NCAA*, Case No. 11-3066 (7th Cir.); and *Rock v. NCAA*, Case
12   No. 12-cv-1019-JMS (S.D. Ind.) (collectively, the "Past NCAA Cases");

13       WHEREAS, on October 30, 2014, the parties submitted a Case Management Report on Class
14   Certification Briefing and Settlement, which included their respective positions regarding a schedule
15   for class certification;

16       WHEREAS, on November 5, 2014, the Court issued an Administrative Order, setting forth
17   the following schedule: (1) all Plaintiffs who seek to certify a Rule 23(b)(2) class shall file a joint
18   brief no sooner than November 6, 2014; (2) Defendants shall file their joint opposition ten weeks
19   after the motion is filed; (3) Plaintiffs shall file their joint reply brief no later than three weeks
20   thereafter; and (4) the Court will schedule the hearing on the Motion, as well as a further Case
21   Management Conference, approximately two weeks after the reply is filed, on a Thursday at
22   2:00 p.m.;

23       WHEREAS, Consolidated Plaintiffs and *Jenkins* Plaintiffs filed a joint motion for class
24   certification (the "Motion") on November 14, 2014;

25       WHEREAS, under the current schedule, Defendants' joint opposition to the Motion is due
26   January 23, 2015, Plaintiffs' joint reply in support of the Motion is due February 13, 2015, and the
27   hearing is likely to be scheduled for late February or early March 2015;

28

---

1

1      WHEREAS, on December 1, 2014, Defendants served Plaintiffs with requests for production

2  and interrogatories, the responses to which were originally due January 5, 2015;

3      WHEREAS, Consolidated Plaintiffs requested an extension until January 14, 2015 to

4  respond to that discovery;

5      WHEREAS, Defendants proposed and Plaintiffs agree to a revised schedule under which (1)

6  Plaintiffs' deadline to respond to Defendants' discovery would be extended by two weeks, to

7  January 19, 2015; (2) Defendants' deadline to file joint opposition to the Motion would be extended

8  to February 13, 2015; (3) Plaintiffs' deadline to file a joint reply in support of the Motion would be

9  extended to March 13, 2015; and (4) Defendants agreed to produce some, but not all Materials from

10 the Past NCAA Cases;

11     WHEREAS, following numerous meetings and conferences, Plaintiffs agreed to Defendants'

12 proposed schedule, and the parties reached an agreement in principle regarding the production of

13 Materials from the Past NCAA Cases;

14     WHEREAS, the parties agree to work in good faith to finalize a written agreement regarding

15 the production of Materials from Past NCAA Cases by the close of business on Monday, January 5,

16 2015, and further agree that if they are able to finalize a written agreement by that time, there will be

17 no remaining issues to discuss at the January 7, 2015 Case Management Conference;

18     THEREFORE, the parties agree as follows:

19     1.     The deadline for Plaintiffs to respond to Defendants' requests for production and

20 interrogatories is extended to January 19, 2015;

21     2.     The parties will work in good faith to finalize a written agreement regarding the

22 production of Materials from Past NCAA Cases by the close of business on Monday, January 5,

23 2015;

24     3.     Unless a party files a notice on Monday, January 5, 2015 that the parties were unable

25 to reach an agreement, the January 7, 2015 Case Management Conference will be cancelled, upon

26 order of this Court;

27

28

STIPULATION AND [PROPOSED] ORDER RESETTING SCHEDULE FOR CLASS CERTIFICATION AND
CANCELLING CASE MANAGEMENT CONFERENCE
MDL No. 14-md-02541-CW; Case No. 4:14-cv-02758-CW

1       4.      Upon order of this Court, the Rule 23(b)(2) class certification schedule is reset as

2   follows:

3               a.      Defendants' joint opposition brief is due February 13, 2015;

4               b.      Plaintiffs' joint reply brief is due March 13, 2015; and

5               c.      The Motion will be heard, and a further Case Management Conference will be

6                       held, on April 2, 2015 at 2:00 p.m.

7   //

8   //

9   //

10  //

11  //

12  //

13  //

14  //

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

3

Dated:  December 31, 2014

By: */s/ Jeffrey L. Kessler*
Jeffrey L. Kessler
David G. Feher
David L. Greenspan
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com

Sean D. Meenan
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
smeenan@winston.com

*Counsel for Jenkins Plaintiffs*
*Plaintiffs' Interim Co-Lead Class Counsel*

By: */s/ Steve W. Berman*
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594
steve@hbsslaw.com

By: */s/ Bruce L. Simon*
Bruce L. Simon
Aaron M. Sheanin
Benjamin E. Shiftan
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile:   (415) 433-9008
bsimon@pswlaw.com

*Plaintiffs' Interim Co-Lead Class Counsel*

By: */s/ Jeffrey A. Mishkin*
Jeffrey A. Mishkin
Anthony J. Dreyer
Karen Hoffman Lent
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Four Times Square
New York, NY  10036
Telephone:  (212) 735-3000
Facsimile:   (917) 777-2000
jeffrey.mishkin@skadden.com

Raoul D. Kennedy
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
525 University Avenue
Palo Alto, CA  94301
Telephone:  (650) 470-4500
Facsimile:   (650) 470-4570
raoul.kennedy@skadden.com

*Counsel for National Collegiate Athletic Association*

By: */s/ Leane K. Capps*
Leane K. Capps
**POLSINELLI PC**
Saint Ann Court
2501 N. Harwood Street, Suite 1900
Dallas, TXD  75201
Telephone:  (214) 397-0030
lcapps@polsinelli.com

Amy D. Fitts
**POLSINELLI PC**
120 W. 12th Street
Kansas City, MO 64105
Telephone:  (816) 218-1155
afitts@polsinelli.com

5

| | |
|---|---|
| 1 | Wesley D. Hurst |
| 2 | **POLSINELLI PC** |
| | 2049 Century Park East, Suite 2300 |
| 3 | Los Angeles, CA  90067 |
| | Telephone:  (310) 556-1801 |
| 4 | whurst@polsinelli.com |

Wesley D. Hurst
**POLSINELLI PC**
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:  (310) 556-1801
whurst@polsinelli.com

*Counsel for the Big 12 Conference, Inc. and Conference USA*

By:  */s/ R. Todd Hunt*
R. Todd Hunt
**WALTER HAVERFIELD LLP**
The Tower at Erieview
1301 E. 9th Street, Suite 3500
Cleveland, OH  44114-1821
Telephone:  (216) 928-2935
Facsimile:  (216) 916-2372
rthunt@walterhav.com

*Counsel for Mid-American Conference*

By:  */s/ Mark A. Cunningham*
Mark A. Cunningham
**JONES WALKER**
201 St. Charles Avenue
New Orleans, LA  70170-5100
Telephone:  (504) 582-8536
Facsimile:   (504) 589-8536
mcunningham@joneswalker.com

*Counsel for Sun Belt Conference*

By:  */s/ D. Erik Albright*
D. Erik Albright
**SMITH MOORE LEATHERWOOD LLP**
300 North Greene Street, Suite 1400
Greensboro, NC  27401
Telephone:  (336) 378-5368
Facsimile:   (336) 433-7402
erik.albright@smithmorrelaw.com

Jonathan P. Heyl
**SMITH MOORE LEATHERWOOD LLP**
101 N. Tryon Street, Suite 1300
Charlotte, NC 28246
Telephone: (704) 384-2625
Facsimile: (704) 384-2625
jon.heyl@smithmoorelaw.com

Charles La Grange Coleman, III
**HOLLAND & KNIGHT LLP**
50 California Street, Suite 2800
San Francisco, CA  94111-4624

Telephone:  (415) 743-6900
Facsimile:  (415) 743-6910
ccoleman@hklaw.com

*Counsel for The Atlantic Coast Conference*

By:  */s/ Scott P. Cooper*
Scott P. Cooper
Jennifer L. Jones
Sarah Kroll-Rosenbaum
Shawn S. Ledingham Jr.
**PROSKAUER ROSE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067
Telephone:  (310) 557-2900
Facsimile:    (310) 557-2193
scooper@proskauer.com

*Counsel for Pac-12 Conference*

By:  */s/ Andrew S. Rosenman*
Andrew S. Rosenman
Britt M. Miller
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL  60606-46537
Telephone:  (312) 782-0600
Facsimile:   (312) 701-7711
arosenman@mayerbrown.com

STIPULATION AND [PROPOSED] ORDER RESETTING SCHEDULE FOR CLASS CERTIFICATION AND CANCELLING CASE MANAGEMENT CONFERENCE
MDL No. 14-md-02541-CW; Case No. 4:14-cv-02758-CW

| | |
|---|---|
| Richard J. Favretto | Brent Rychener |
| **MAYER BROWN LLP** | **BRYAN CAVE LLP** |
| 1999 K Street, N.W. | 90 South Cascade Avenue, Suite 1300 |
| Washington, D.C.  20006-1101 | Colorado Springs, CO  80903 |
| Telephone:  (202) 263-3000 | Telephone:  (719) 473-3800 |
| Facsimile:  (202) 263-3300 | Facsimile:  (719) 633-1518 |
| rfavretto@mayerbrown.com | richard.young@bryancave.com |
| | brent.rychener@bryancave.com |
| *Counsel for The Big Ten Conference, Inc.* | |
| | *Counsel for Mountain West Conference* |
| By:  */s/ Robert W. Fuller* | |
| Robert W. Fuller, III | By:  */s/ John T. Bradley* |
| Nathan C. Chase Jr. | John T. Bradley |
| Mark W. Merritt | **BRADLEY DEVITT HAAS & WATKINS, P.C.** |
| Lawrence C. Moore, III | |
| Amanda R. Pickens | 2201 Ford Street |
| **ROBINSON BRADSHAW & HINSON** | Golden, CO  80401 |
| 101 N. Tryon St., Suite 1900 | Telephone:  (303) 384-9228 |
| Charlotte, NC  28246 | Facsimile:  (303) 384-9231 |
| Telephone:  (704) 377-2536 | jon@goldenlawyers.com |
| Facsimile:  (704) 378-4000 | |
| rfuller@rbh.com | *Counsel for Western Athletic Conference* |
| | |
| Mark J. Seifert | By:  */s/ Benjamin C. Block* |
| Robert R. Moore | Benjamin C. Block |
| **ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP** | **COVINGTON & BURLING LLP** |
| | One CityCenter |
| Three Embarcadero Center, 12th Sloor | 850 Tenth Street, NW |
| San Francisco, CA  94111 | Washington, DC 20001-4956 |
| Telephone:  (415) 837-1515 | Telephone:  (202 662-5205 |
| Facsimile:  (415) 837-1516 | Facsimile:  (202) 778-5205 |
| mseifert@allenmatkins.com | bblock@cov.com |
| | |
| *Counsel for Southeastern Conference* | |
| | |
| By:  */s/ Adam Brezine* | Matthew D. Kellogg (SBN 280541) |
| Adam Brezine | **COVINGTON & BURLING LLP** |
| **BRYAN CAVE LLP** | One Front Street |
| 560 Mission Street, 25th Floor | San Francisco, CA  94111-5356 |
| San Francisco, CA  94105 | Telephone:  (415) 591-6000 |
| Telephone:  (415) 674-3400 | Facsimile:  (415) 591-6091 |
| Facsimile:  (415) 675-3434 | mkellogg@cov.com |
| adam.brezine@bryancave.com | |
| Richard Young | *Counsel for American Athletic Conference* |

7

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ECF ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories above.


_____/s/ Jeffrey L. Kessler_____
Jeffrey L. Kessler


## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


_____
The Honorable Claudia Wilken
United States District Court Judge

8