BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
AARON M. SHEANIN (Bar No. 214472)
  asheanin@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
  bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008

STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

**Additional Counsel on Signature Page**

*Plaintiffs' Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | CASE NO. 14-md-2541-CW<br>CASE NO. 4:14-cv-02758-CW<br><br>**STIPULATED [PROPOSED] ORDER REGARDING PRODUCTION OF DOCUMENTS FROM CERTAIN OTHER CASES** |
| This Document Relates to:<br><br>ALL ACTIONS | |

14-md-2541-CW; 4:14-cv-02758
**STIPULATED [PROPOSED] ORDER REGARDING PRODUCTION OF DOCUMENTS FROM CERTAIN OTHER CASES**

WHEREAS the instant multidistrict litigation (the "Instant Actions") involves certain factual and legal issues which may have been the subject of certain documents and other materials produced and/or exchanged in the following actions:  (1) *O'Bannon v. NCAA*, Case No. 09-cv-3329-CW (N.D. Cal.);[1] (2) *White v. NCAA*, Case No. 06-cv-0999-VBF (C.D. Cal.); (3) *Agnew v. NCAA*, Case No. 11-3066 (7th Cir.)/*Agnew v. NCAA*, Case No. 11-cv-0293-JMS (S.D. Ind.); and (4) *Rock v. NCAA*, Case No. 12-cv-1019-JMS (S.D. Ind.) (the "Past NCAA Actions").

WHEREAS, without acknowledging or agreeing that such documents and other materials are relevant or discoverable in the Instant Actions, Defendants are willing to re-produce those portions of the documents produced in the Past NCAA Actions (the "Documents"), and Plaintiffs are willing to limit the extent to which they may serve additional requests on Defendants for documents on the basis that such documents were produced, exchanged, or filed in any of the Past Actions, thereby limiting the obligation on the NCAA to engage in a costly and time-consuming review of several hundred thousand duplicative documents and on the other defendants to gather, review and reproduce duplicative documents.

WHEREAS, the NCAA has agreed, pursuant to the terms herein, to produce in the Instant Actions certain additional materials from the Past NCAA Actions that it may have in its possession, including:  the NCAA's expert reports; the NCAA's discovery responses; NCAA-witness and/or any Conference Defendant's deposition transcripts, videos, and exhibits; NCAA and/or any Conference Defendant's declarations and affidavits; and trial transcripts and trial exhibits from the Past NCAA Actions ("Materials");

WHEREAS, the Defendants agree, pursuant to the terms herein, to provide to Plaintiffs the Documents, and the NCAA agrees to provide to Plaintiffs the Materials, set forth below beginning

---

[1] The *O'Bannon* litigation was at one time consolidated with *Keller v. Electronic Arts, Inc.* as *In re NCAA Student-Athlete Name & Likeness Litig.*, Case No. 09-cv-1967-CW (N.D. Cal.) and then severed for purposes of trial.  All discovery was conducted in connection with the *O'Bannon* litigation prior to severance—no separate document production was made in *Keller v. NCAA*. There are no previous document productions from the *Keller v. NCAA* litigation to reproduce in this case.

2    14-md-2541-CW; 4:14-cv-02758-CW
**STIPULATED [PROPOSED] ORDER REGARDING PRODUCTION OF DOCUMENTS FROM CERTAIN OTHER CASES**

as soon as processing time will allow and a Stipulated Protective Order is entered in the Instant Actions.

WHEREAS, the Parties have agreed to treat the Documents and Materials to be produced as "Confidential," "Highly Confidential" or "Outside Counsel Only" as their designations in connection with their production in the Past NCAA Actions may require, in conformity with the Protective Order to be entered in the Instant Actions, without the Defendants having to review those designations, so as to avoid imposing on the Defendants a costly re-review of previously produced documents for confidentiality.

WHEREAS, in entering into this Stipulation, no party takes a position concerning the relevance or discoverability of any of the Documents or Materials, and the parties preserve all rights to object to the use of the Documents and Materials in this litigation on grounds including, but not limited to, relevance and admissibility.

THEREFORE, the parties hereby stipulate and agree to the following:

1) The Defendants will reproduce Documents and the NCAA will produce Materials as set forth below from the Past NCAA Actions as provided and subject to the terms and limits set forth herein, as soon as processing time will reasonably allow and a Stipulated Protective Order is entered in the Instant Actions.

2) The Defendants' reproductions of Documents from the Past NCAA Actions will be limited to documents that date from March 5, 2010 to the present, with the exception of the document production from the *White v. NCAA* and the *O'Bannon v. NCAA* litigation.

3) *White v. NCAA*: The NCAA will reproduce the document production from the *White* litigation, as it was reproduced as part of the *Rock v. NCAA* production in early 2014. The NCAA will also produce from the *White* litigation NCAA written discovery responses, transcripts of NCAA witness depositions; and subject to Paragraph 8, below, its expert reports and any remaining Materials in its possession, custody and control based on a reasonable investigation.

4) *O'Bannon v. NCAA*: The NCAA will reproduce the NCAA's document productions from the *O'Bannon* litigation. The NCAA will also produce from the *O'Bannon* litigation NCAA written discovery responses, and transcripts of NCAA witness depositions, and subject to Paragraph 8, below, its expert reports and any remaining Materials.

5) *Agnew v. NCAA*: The only documents produced in the *Agnew v. NCAA* case prior to its dismissal for failure to state a claim were also reproduced in *Rock v. NCAA*. The NCAA will make any reproduction of documents from the *Agnew* case in the course of the reproduction of documents from the *Rock* case discussed in Paragraph 6, below.

6) *Rock v. NCAA*: The NCAA will produce NCAA written discovery responses and transcripts of NCAA witness depositions from *Rock v. NCAA*. The NCAA will also produce the following documents from the NCAA's document production in *Rock v. NCAA*:

    a. All squad lists, re-processed to eliminate the previous redaction of men's and women's basketball squad lists;

    b. All supplemental productions dated after August 1, 2014; and

    c. Additional documents from the pre-August 1, 2014 NCAA productions in *Rock* with a "last modified" date of March 5, 2010 to the present, to the extent those documents contain hits on the following search terms ("Other NCAA Case Documents Search Terms"):

        1. amateur! AND (GIA OR "grant in aid" OR grant-in-aid OR COA OR "cost of attendance" OR cost-of-attendance OR scholarship OR aid OR award OR benefit)

        2. commercial! AND (GIA OR "grant in aid" OR grant-in-aid OR COA OR "cost of attendance" OR cost-of-attendance OR scholarship OR aid OR award OR benefit)

        3. cap! AND (GIA OR "grant in aid" OR grant-in-aid OR COA OR "cost

of attendance" OR cost-of-attendance OR scholarship OR aid OR award OR benefit)

4. limit! AND (GIA OR "grant in aid" OR grant-in-aid OR COA OR "cost of attendance" OR cost-of-attendance OR scholarship OR aid OR award OR benefit)

5. (SA OR student-athlete) AND (GIA OR "grant in aid" OR grant-in-aid OR COA OR "cost of attendance" OR cost-of-attendance OR scholarship OR aid OR award OR benefit)

6. (SA OR student-athlete) AND (salary OR pay! OR union! OR employ! OR agent OR well-being OR exploit! OR induce! OR certification OR boosters)

7. ("cost of attendance" OR cost of attendance OR COA) AND ("grant in aid" OR grant-in-aid" OR GIA)

8. bylaw AND (12! OR 13! OR 15! OR 16! OR 20!) AND (amateur! OR GIA OR "grant in aid" OR grant-in-aid OR COA OR "cost of attendance" OR cost-of-attendance OR scholarship OR aid OR award OR benefit)

9. compet! AND (balance OR equity OR fair)

10. "collegiate model"

11. pay-for-play

12. "pay for play"

13. avocation

14. "miscellaneous expense allowance"

15. MEA

16. stipend

17. 2011-96

18. "presidential retreat"

5  14-md-2541-CW; 4:14-cv-02758-CW
**STIPULATED [PROPOSED] ORDER REGARDING PRODUCTION OF DOCUMENTS FROM CERTAIN OTHER CASES**

   19. "rules working group"

   20. "well-being working group"

   21. "resource allocation working group"

   22. governance AND autonomy

  d. NCAA documents produced in *Rock v. NCAA* with a designation of "Highly Confidential" will be re-designated to provide that the documents must be treated as "Outside Counsel Only," to protect NCAA member confidential information from being inadvertently distributed to conference defendants.

7) *Conference Defendant Documents:* Each of the ten Conference Defendants in the Instant Actions will reproduce all Documents produced to the plaintiffs in the Past NCAA Actions by such Conference Defendant, in the forms in which they were previously produced (including redactions).

8) *Third Party Documents and Materials*:

  a. The NCAA will ask each of its member schools and non-defendant conferences that produced documents in discovery or trial in the Past NCAA Actions subject to a confidentiality order in such actions to indicate by January 15, 2015 whether it will consent to production of such documents and/or information in the Instant Actions subject to a confidentiality order in the Instant Actions and, if a school or conference refuses, to state the reasons for its refusal to grant such consent;

  b. The NCAA will provide, to the best of its ability based on available records, a list of all non-NCAA member third parties that produced documents in discovery in the Past NCAA Actions subject to a confidentiality order in such actions, and Plaintiffs will request the consent of those third parties for the production of such documents in this action;

  c. The NCAA will then, to the extent Plaintiffs obtain the consent of the relevant third parties, produce unredacted versions of any Documents and Materials it

previously had redacted based on those third parties' confidential information and any Documents and Materials it previously had withheld based on those third parties' confidential information, with the exception of confidential information referenced in subparagraphs a and b above for such third parties who have not provided consent; and

    d. Plaintiffs reserve the right to file a motion to compel the production of any confidential Materials for any persons who have not consented to the production of such Materials.

9) In exchange for the above-described reproductions of documents and other materials, the parties agree that the Conference Defendants will have no obligation to produce copies of the Materials which are produced by the NCAA (if and to the extent that the Conference Defendants have copies of such Materials) in accordance with this stipulation.

10) The parties agree to accept the reproductions of the Defendants' documents in the production formats in which they are available and/or were produced in the Past NCAA Actions, even if that format differs from any agreed ESI Production protocol that may be entered in this litigation.

11) As a part of the reproduction of Documents to occur as provided herein, the NCAA will provide, where technologically feasible, as metadata, a field listing the production bates number of the documents being reproduced, as they were labeled when produced in the prior case.

12) All reproduced documents will be re-bates labeled using the prefix "[Defendant initials]GIA." Defendant-produced documents with other bates-labels will not be used in the litigation.

13) The Defendants will not reproduce documents produced by other parties in past litigations or by third-parties, except as set forth herein.

14) The parties agree that Defendants' production of Documents and Materials pursuant to

1   this Stipulation will satisfy their obligations to produce documents in response to
2   request numbers 25 and 26 of *Jenkins* Plaintiffs' First Set of Requests for Production of
3   Documents to All Defendants and request number 26 of Consolidated Plaintiffs First
4   Set of Requests for Production of Documents to All Defendants.  This Stipulation does
5   not limit plaintiffs' ability to seek documents that are independently responsive to any
6   other requests for documents served by plaintiffs in the Instant Actions, regardless of
7   whether such documents previously were produced in the Past Actions.  If, however, a
8   document responsive to a separate document request was previously produced by a
9   Defendant in the Instant Actions pursuant to this Stipulation, that Defendant need not
10  produce that document a second time in the Instant Actions due to its responsiveness to
11  the separate document request.  Plaintiffs further agree that they will not serve
12  additional requests for documents on the basis that such documents were produced,
13  exchanged, or filed in any of the Past Actions.

IT IS SO STIPULATED.

DATED: January 7, 2015              **HAGENS BERMAN SOBOL SHAPIRO LLP**

By: */s/ Steve W. Berman*
        STEVE W. BERMAN

1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Jeff D. Friedman (Bar. No. 173886)
Jon T. King (Bar No. 205073)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
jonk@hbsslaw.com

Robert Carey
HAGENS BERMAN SOBOL SHAPIRO LLP
11 W Jefferson St,
Phoenix, AZ 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com

DATED: January 7, 2015              **PEARSON, SIMON & WARSHAW, LLP**


By: */s/ Bruce L. Simon*
        BRUCE L. SIMON

Aaron M. Sheanin (Bar No. 214472)
Benjamin E. Shiftan (Bar No. 265767)
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com
asheanin@pswlaw.com
bshiftan@pswlaw.com

PEARSON, SIMON & WARSHAW, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104

PEARSON, SIMON & WARSHAW, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104

*Plaintiffs' Interim Co-Lead Class Counsel*

DATED: January 7, 2015        **WINSTON & STRAWN LLP**

By:   */s/ Jeffrey L. Kessler*
        JEFFREY L. KESSLER

David Feher
David Greenspan
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
dgreenspan@winston.com
dfeher@winston.com

*Attorneys for the Jenkins Plaintiffs,*
*Plaintiffs' Interim Co-Lead Class Counsel*

DATED: January 7, 2015        **PROSKAUER ROSE LLP**

By:   */s/ Scott P. Cooper*
        SCOTT P. COOPER

Jennifer L. Jones (Bar No. 284624)
Sarah Kroll-Rosenbaum (Bar No. 272358)
Jacquelyn N. Ferry (Bar No. 287798)
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
scooper@proskauer.com
jljones@proskauer.com
skroll-rosenbaum@proskauer.com
jferry@proskauer.com

*Attorneys for Defendant Pac-12 Conference*

DATED: January 7, 2015        **MAYER BROWN LLP**

PEARSON, SIMON & WARSHAW, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104

By: */s/ Andrew S. Rosenman*
    ANDREW S. ROSENMAN

Andrew S. Rosenman (Bar No. 253764)
Britt M. Miller (pro hac vice)
71 South Wacker Drive
Chicago, IL 60606-4637
Telephone: (312) 782-0660
Facsimile: (312) 701-7711
Email: arosenman@mayerbrown.com
Email: bmiller@mayerbrown.com

Richard J. Favretto (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
Email: rfavretto@mayerbrown.com

*Attorneys for Defendant The Big Ten Conference, Inc.*

DATED: January 7, 2015    **ROBINSON BRADSHAW & HINSON**

By: */s/ Robert W. Fuller*
    ROBERT W. FULLER

Nathan C. Chase, Jr. (Bar No. 247526)
Robert W. Fuller, III (*pro hac vice*)
Mark W. Merritt (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Amanda R. Pickens (*pro hac vice*)
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
Email: nchase@rbh.com
Email: rfuller@rbh.com
Email: mmerritt@rbh.com
Email: lmoore@rbh.com
Email: apickens@rbh.com

Mark J. Seifert (Bar No. 217054)

|   |   |   |
|---|---|---|
| | | Robert R. Moore (Bar No. 113818) |
| | | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |
| | | Three Embarcadero Center, 12th Floor |
| | | San Francisco, CA 94111 |
| | | Telephone: (415) 837-1515 |
| | | Facsimile: (415) 837-1516 |
| | | Email: mseifert@allenmatkins.com |
| | | Email: rmoore@allenmatkins.com |

*Attorneys for Defendant Southeastern Conference*

DATED: January 7, 2015        **SMITH MOORE LEATHERWOOD LLP**


By:   */s/ D. Erik Albright*
         D. ERIK ALBRIGHT

D. Erik Albright (*pro hac vice*)
300 North Greene Street, Suite 1400
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 433-7402
Email:erik.albright@smithmoorelaw.com

Jonathan P. Heyl (*pro hac vice*)
101 N. Tryon Street, Suite 1300
Charlotte, NC 28246
Telephone: (704) 384-2625
Facsimile: (704) 384-2909
Email:jon.heyl@smithmoorelaw.com

Charles LaGrange Coleman, III (SBN 65496)
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111-4624
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Email: ccoleman@hklaw.com

*Attorneys for Defendant Atlantic Coast Conference*

DATED: January 7, 2015        **POLSINELLI PC**


By:   */s/ Leane K. Capps*

**STIPULATED [PROPOSED] ORDER REGARDING PRODUCTION OF DOCUMENTS FROM CERTAIN OTHER CASES**

LEANE K. CAPPS

Leane K. Capps (*pro hac vice*)
POLSINELLI PC
Saint Ann Court
2501 N. Harwood Street, Suite 1900
Dallas, TX 75201
Telephone: (214) 397-0030
Email: lcapps@polsinelli.com

Amy D. Fitts (*pro hac vice*)
POLSINELLI PC
120 W. 12th Street
Kansas City, MO 64105
Telephone: (816) 218-1255
Email: afitts@polsinelli.com

Wesley D. Hurst (SBN 127564)
POLSINELLI LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 556-1801
Email: whurst@polsinelli.com

*Attorneys for Defendant The Big 12 Conference, Inc. and Conference USA*

DATED: January 7, 2015     **SKADDEN ARPS SLATE MEAGHER & FLOM LLP**


By:  */s/ Karen Hoffman Lent*
       KAREN HOFFMAN LENT

Raoul D. Kennedy (Bar No. 40892)
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: raoul.kennedy@skadden.com

Jeffrey Mishkin (pro hac vice)
Karen Hoffman Lent (pro hac vice)
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000

13     14-md-2541-CW; 4:14-cv-02758-CW
**STIPULATED [PROPOSED] ORDER REGARDING PRODUCTION OF DOCUMENTS FROM CERTAIN OTHER CASES**

PEARSON, SIMON & WARSHAW, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104

Facsimile (212) 735-2000
Email: jeffrey.mishkin@skadden.com
Email: karen.lent@skadden.com

Robert J. Wierenga (Bar No.183687)
Gregory L. Curtner (pro hac vice)
Kimberly K. Kefalas (pro hac vice)
Jacob K. Danziger (SBN 278219)
SCHIFF HARDIN LLP
350 S. Main St., Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
Facsimile: (734) 222-1501
Email: rwierenga@schiffhardin.com
Email: gcurtner@schiffhardin.com
Email: kkefalas@schiffhardin.com
Email: jdanziger@schiffhardin.com

*Attorneys for Defendant National Collegiate Athletic Association*

DATED: January 7, 2015         **COVINGTON & BURLING LLP**


By:   */s/ Benjamin C. Block*
        BENJAMIN C. BLOCK

Benjamin C. Block (*pro hac vice*)
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001-4956
Telephone: (202) 662-5205
Facsimile: (202) 778-5205
Email: bblock@cov.com

Matthew D. Kellogg (Bar No. 280541)
One Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: mkellogg@cov.com

*Attorneys for American Athletic Conference*

DATED: January 7, 2015         **JONES WALKER LLP**

14               14-md-2541-CW; 4:14-cv-02758-CW
**STIPULATED [PROPOSED] ORDER REGARDING PRODUCTION OF DOCUMENTS FROM CERTAIN OTHER CASES**

PEARSON, SIMON & WARSHAW, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104

|   |   |
|---|---|
|   | By: */s/ Mark A. Cunningham* |
|   | MARK A. CUNNINGHAM |

Mark A. Cunningham (pro hac vice)
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone: (504) 582-8536
Facsimile: (504) 589-8536
Email: mcunningham@joneswalker.com

*Attorneys for Defendant Sun Belt Conference*

DATED: January 7, 2015        **WALTER | HAVERFIELD LLP**

By: */s/ R. Todd Hunt*
R. TODD HUNT

R. Todd Hunt (*pro hac vice*)
The Tower at Erieview
1301 E. 9th Street, Suite 3500
Cleveland, OH 44114-1821
Telephone: (216) 928-2935
Facsimile: (216) 916-2372
Email: rthunt@walterhav.com

*Attorneys for Defendant Mid-American Conference*

DATED: January 7, 2015        **BRYAN CAVE LLP**

By: */s/ Adam Brezine*
ADAM BREZINE

Adam Brezine (Bar No. 220852)
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 674-3400
Facsimile: (415) 675-3434
Email: adam.brezine@bryancave.com

Richard Young (*pro hac vice* application to be filed)

**STIPULATED [PROPOSED] ORDER REGARDING PRODUCTION OF DOCUMENTS FROM CERTAIN OTHER CASES**

PEARSON, SIMON & WARSHAW, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104

Brent Rychener (*pro hac vice* application to be filed)
90 South Cascade Avenue, Suite 1300
Colorado Springs, CO 80903
Telephone: (719) 473-3800
Facsimile: (719) 633-1518
Email: richard.young@bryancave.com
Email: brent.rychener@bryancave.com

*Attorneys for Defendant Mountain West Conference*

DATED: January 7, 2015          **BRADLEY DEVITT HAAS & WATKINS, P.C.**


By:  */s/ Jon T. Bradley*
        JON T. BRADLEY

Jon T. Bradley (*pro hac vice* application to be filed)
2201 Ford Street
Golden, CO 80401
Telephone: (303) 384-9228
Facsimile: (303) 384-9231
Email: jon@goldenlawyers.com

*Attorneys for Defendant Western Athletic Conference*

**PURSUANT TO STIPULATION,
IT IS SO ORDERED.**

DATED:  January  8 , 2015


_____
THE HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

PEARSON, SIMON & WARSHAW, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104