1  [Counsel listed on signature page]

2
3
4
5
6
7
8
9
10                              UNITED STATES DISTRICT COURT
11                             NORTHERN DISTRICT OF CALIFORNIA
12                                      OAKLAND DIVISION

13 | IN RE: NATIONAL COLLEGIATE          | Case No. 4:14-md-02541-CW
   | ATHLETIC ASSOCIATION ATHLETIC       | Case No. 4:14-cv-02758-CW
14 | GRANT-IN-AID CAP ANTITRUST
   | LITIGATION
15 |
   |                                     | STIPULATION AND [PROPOSED] ORDER
16 | THIS DOCUMENT RELATES TO:           | RESETTING HEARING ON MOTION FOR
   |                                     | INJUNCTIVE RELIEF CLASS
17 | ALL ACTIONS                         | CERTIFICATION AND CASE
   |                                     | MANAGEMENT CONFERENCE
18

19
20
21
22
23
24
25
26
27
28

1  WHEREAS, the hearing on the Consolidated Plaintiffs' and *Jenkins* Plaintiffs' joint motion for injunctive relief class certification (the "Joint Motion") and a Case Management Conference ("CMC") currently are set for June 18, 2015 pursuant to a stipulation and Order (ECF No. 210) ;

WHEREAS, a conflict has arisen preventing the Consolidated Plaintiffs' Interim Co-Lead Class Counsel from attending the June 18th hearing and scheduled CMC; and

WHEREAS, the parties have conferred regarding an alternative date and agreed that July 23, 2015 is a workable date;

THEREFORE, the parties agree as follows:

The Joint Motion will be heard, and a further CMC will be held, on July 23, 2015 at 2:00 p.m.

DATED: April 6, 2015

By: */s/ Karen Hoffman Lent*

Jeffrey A. Mishkin
Karen Hoffman Lent
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Four Times Square
New York, NY  10036
Telephone:  (212) 735-3000
Facsimile:   (917) 777-2000
jeffrey.mishkin@skadden.com

Raoul D. Kennedy
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
525 University Avenue
Palo Alto, CA  94301
Telephone:  (650) 470-4500
Facsimile:   (650) 470-4570
raoul.kennedy@skadden.com

*Counsel for National Collegiate Athletic Association*

By: */s/ Leane K. Capps*

Leane K. Capps
**POLSINELLI PC**
Saint Ann Court
2501 N. Harwood Street, Suite 1900
Dallas, TX  75201
Telephone:  (214) 397-0030
lcapps@polsinelli.com

Amy D. Fitts
**POLSINELLI PC**
120 W. 12th Street
Kansas City, MO 64105
Telephone:  (816) 218-1255
afitts@polsinelli.com

Wesley D. Hurst
**POLSINELLI PC**
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:  (310) 556-1801
whurst@polsinelli.com

*Counsel for the Big 12 Conference, Inc. and Conference USA*

STIPULATION AND [PROPOSED] ORDER RESETTING
SCHEDULE FOR CLASS CERTIFICATION - MDL No.
14-md-02541-CW; Case No. 4:14-cv-02758-CW

-1-

By: */s/ D. Erik Albright*

D. Erik Albright
**SMITH MOORE LEATHERWOOD LLP**
300 North Greene Street, Suite 1400
Greensboro, NC  27401
Telephone:  (336) 378-5368
Facsimile:   (336) 433-7402
erik.albright@smithmorrelaw.com

Jonathan P. Heyl
**SMITH MOORE LEATHERWOOD LLP**
101 N. Tryon Street, Suite 1300
Charlotte, NC 28246
Telephone: (704) 384-2625
Facsimile: (704) 384-2625
jon.heyl@smithmoorelaw.com

Charles La Grange Coleman, III
**HOLLAND & KNIGHT LLP**
50 California Street, Suite 2800
San Francisco, CA  94111-4624

Telephone:  (415) 743-6900
Facsimile:  (415) 743-6910
ccoleman@hklaw.com

*Counsel for The Atlantic Coast Conference*

By: */s/ Robert W. Fuller*

Robert W. Fuller, III
Nathan C. Chase Jr.
Mark W. Merritt
Lawrence C. Moore, III
Amanda R. Pickens
**ROBINSON BRADSHAW & HINSON**
101 N. Tryon St., Suite 1900
Charlotte, NC  28246
Telephone:  (704) 377-2536
Facsimile:   (704) 378-4000
rfuller@rbh.com

Mark J. Seifert
Robert R. Moore
**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111
Telephone:  (415) 837-1515
Facsimile:  (415) 837-1516
mseifert@allenmatkins.com

*Counsel for Southeastern Conference*

By: */s/ Scott P. Cooper*

Scott P. Cooper
Jennifer L. Jones
**PROSKAUER ROSE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067
Telephone:  (310) 557-2900
Facsimile:    (310) 557-2193
scooper@proskauer.com

*Counsel for Pac-12 Conference*

By: */s/ R. Todd Hunt*

R. Todd Hunt
**WALTER HAVERFIELD LLP**
The Tower at Erieview
1301 E. 9th Street, Suite 3500
Cleveland, OH  44114-1821
Telephone:  (216) 928-2935
Facsimile:  (216) 916-2372
rthunt@walterhav.com

*Counsel for Mid-American Conference*

STIPULATION AND [PROPOSED] ORDER RESETTING SCHEDULE FOR CLASS CERTIFICATION - MDL No. 14-md-02541-CW; Case No. 4:14-cv-02758-CW

| | |
|---|---|
| By: */s/ Andrew S. Rosenman* | By: */s/ Benjamin C. Block* |
| | |
| Andrew S. Rosenman | Benjamin C. Block |
| Britt M. Miller | **COVINGTON & BURLING LLP** |
| **MAYER BROWN LLP** | One CityCenter |
| 71 South Wacker Drive | 850 Tenth Street, NW |
| Chicago, IL  60606-46537 | Washington, DC 20001-4956 |
| Telephone:  (312) 782-0600 | Telephone:  (202 662-5205 |
| Facsimile:  (312) 701-7711 | Facsimile:  (202) 778-5205 |
| arosenman@mayerbrown.com | bblock@cov.com |
| | |
| Richard J. Favretto | Matthew D. Kellogg (SBN 280541) |
| **MAYER BROWN LLP** | **COVINGTON & BURLING LLP** |
| 1999 K Street, N.W. | One Front Street |
| Washington, D.C.  20006-1101 | San Francisco, CA  94111-5356 |
| Telephone:  (202) 263-3000 | Telephone:  (415) 591-6000 |
| Facsimile:  (202) 263-3300 | Facsimile:  (415) 591-6091 |
| rfavretto@mayerbrown.com | mkellogg@cov.com |
| | |
| *Counsel for The Big Ten Conference, Inc.* | *Counsel for American Athletic Conference* |
| | |
| By: */s/ Adam Brezine* | By: */s/ Jeffrey L. Kessler* |
| | |
| Adam Brezine | Jeffrey L. Kessler |
| **BRYAN CAVE LLP** | David G. Feher |
| 560 Mission Street, 25th Floor | David L. Greenspan |
| San Francisco, CA  94105 | **WINSTON & STRAWN LLP** |
| Telephone:  (415) 674-3400 | 200 Park Avenue |
| Facsimile:  (415) 675-3434 | New York, NY 10166-4193 |
| adam.brezine@bryancave.com | Telephone: (212) 294-6700 |
| | Facsimile: (212) 294-4700 |
| Richard Young | jkessler@winston.com |
| Brent Rychener | |
| **BRYAN CAVE LLP** | Sean D. Meenan |
| 90 South Cascade Avenue, Suite 1300 | **WINSTON & STRAWN LLP** |
| Colorado Springs, CO  80903 | 101 California Street |
| Telephone:  (719) 473-3800 | San Francisco, CA 94111 |
| Facsimile:  (719) 633-1518 | Telephone: (415) 591-1000 |
| richard.young@bryancave.com | Facsimile: (415) 591-1400 |
| brent.rychener@bryancave.com | smeenan@winston.com |
| | |
| *Counsel for Mountain West Conference* | *Counsel for Jenkins Plaintiffs* |
| | *Plaintiffs' Interim Co-Lead Class Counsel* |

STIPULATION AND [PROPOSED] ORDER RESETTING
SCHEDULE FOR CLASS CERTIFICATION - MDL No.
14-md-02541-CW; Case No. 4:14-cv-02758-CW

-3-

| | |
|---|---|
| By: */s/ Mark A. Cunningham* | By: /s/ *Elizabeth C. Pritzker* |
| Mark A. Cunningham<br>**JONES WALKER**<br>201 St. Charles Avenue<br>New Orleans, LA 70170-5100<br>Telephone: (504) 582-8536<br>Facsimile: (504) 589-8536<br>mcunningham@joneswalker.com<br><br>*Counsel for Sun Belt Conference* | Elizabeth C. Pritzker<br>Jonathan K. Levine<br>Bethany L. Caracuzzo<br>Shiho Yamamoto<br>**PRITZKER LEVINE LLP**<br>180 Grand Avenue, Suite 1390<br>Oakland, CA 94612<br>Telephone: (415) 692-0772<br>Facsimile: (415) 366-6110<br><br>*Additional Class Counsel* |

By: */s/ Steve W. Berman*

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

By: */s/ Bruce L. Simon*

Bruce L. Simon
Aaron M. Sheanin
Benjamin E. Shiftan
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com

*Plaintiffs' Interim Co-Lead Class Counsel*

STIPULATION AND [PROPOSED] ORDER RESETTING SCHEDULE FOR CLASS CERTIFICATION - MDL No. 14-md-02541-CW; Case No. 4:14-cv-02758-CW

**ECF ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories above.

                     */s/ Jon T. King*
                     Jon T. King

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 04/09/2015

THE HONORABLE CLAUDIA WILKEN
United States District Court Judge