IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | No. 14-md-2541 CW<br>No. 14-2758 CW<br><br>ORDER ON THE INJUNCTIVE RELIEF CLASS CERTIFICATION SCHEDULE<br><br>(Docket No. 227) |

The matter comes before the Court on the parties' stipulation to reset the briefing schedule and hearing date on the motion for injunctive relief class certification. (Docket No. 227). The stipulation alludes to expert reports that Plaintiffs may file with their reply brief and to Defendants' anticipated objections thereto. It appears that the current hearing date can be maintained unless Plaintiffs file expert reports and Defendants do not successfully object, in which case Defendants will be granted leave to file a surreply.

Accordingly, Plaintiffs' joint reply brief shall be due June 26, 2015. If Plaintiffs do not submit any expert reports with their reply, the motion hearing shall remain set for July 23, 2015. If Plaintiffs submit any expert reports with their reply brief and Defendants wish to object to the reports' admission, such objection shall be due by July 6, 2015. Plaintiffs may respond to Defendants' objection by July 10, 2015. If the Court sustains Defendants' objection the motion hearing shall remain set for July 23, 2015. If Defendants do not object or if the Court

does not sustain Defendants' objection, the Court will grant Defendants leave to file a surreply on or before August 20, 2015 and the motion hearing shall be reset for October 1, 2015.  If the parties have a conflict with the October 1, 2015 hearing date, they may stipulate to a hearing date of: September 10, 2015; September 24, 2015; or October 29, 2015.

    IT IS SO ORDERED.

Dated: 05/29/2015

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California

2