IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION ATHLETIC
GRANT-IN-AID CAP ANTITRUST
LITIGATION

No.: 4:14-md-
02541-CW
No.: 4:14-cv-
02758-CW

ORDER ON BRIEFING
SCHEDULE FOR RULE
23(b)(3) MOTION,
DEADLINES FOR
DISCOVERY, EXPERT
DISCOVERY AND
SUMMARY JUDGMENT
MOTIONS

_____/

    The parties filed a Joint Submission On Proposed Briefing
Schedules for the Rule 23(b)(3) Motion, Deadlines For Discovery,
Expert Discovery and Summary Judgment Motions (Docket No. 150).
The Court sets the following deadlines:

**United States District Court**
For the Northern District of California

| | |
|---|---|
| Plaintiffs' Motion for Damages Class Certification filed | February 15, 2016 |
| Defendants' Opposition to Plaintiffs' Motion for Damages Class Certification filed | June 14, 2016 |
| Plaintiffs' Reply in Support of Motion for Damages Class Certification filed | July 15, 2016 |
| Close of Fact Discovery | July 15, 2016 |
| Merits Expert Reports due | August 15, 2016 |
| Rebuttal Merits Expert Reports due | October 17, 2016 |
| Completion of Expert Discovery | November 15, 2016 |
| Plaintiffs' Dispositive Motion filed | January 17, 2017 |
| Defendants' Opposition to Dispositive Motion and any Cross-Motion filed | February 15, 2017 |
| Plaintiffs' Reply in Support of Dispositive Motion and Opposition to Cross-Motion filed | March 8, 2017 |
| Defendants' Reply in Support of Cross-Motion filed | March 22, 2017 |
| Hearing on Dispositive Motions and Further Case Management Conference | Thursday, April 6, 2017, at 2:00 p.m. |

IT IS SO ORDERED.

Dated: October 27, 2015

_____
CLAUDIA WILKEN
United States District Judge