Scott P. Cooper (SBN 96905)
Jennifer L. Jones (SBN 284624)
Jacquelyn N. Ferry (SBN 287798)
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA  90067
Telephone:  (310) 557-2900
Facsimile:    (310) 557-2193
scooper@proskauer.com
jljones@proskauer.com
jferry@proskauer.com

*Counsel for Defendant Pac-12 Conference*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 4:14-md-02541-CW (NC)<br>Case No. 4:14-cv-02758-CW (NC)<br><br>STIPULATION AND  ORDER TO CONTINUE HEARING FOR UNOPPOSED MOTION FOR LEAVE TO INTERVENE OF ESPN, INC., ESPN ENTERPRISES, INC., AND AMERICAN BROADCASTING COMPANIES, INC. |

1    WHEREAS, on January 4, 2016, Consolidated Plaintiffs and *Jenkins* Plaintiffs ("Plaintiffs"),
2  and defendants Atlantic Coast Conference, The Big Ten Conference, Inc., the Big 12 Conference,
3  Inc., Pac-12 Conference, and Southeastern Conference ("Conference Defendants") filed a Joint
4  Statement re Plaintiffs' Motion to Compel Financial Records and Data;

5    WHEREAS, on January 5, 2016, non-parties ESPN, Inc. ESPN Enterprises, Inc., and
6  American Broadcast Companies, Inc. ("ESPN/ABC") filed a Notice of Motion and Motion for
7  Leave to Intervene for Limited Purpose of Opposing Plaintiffs' Motion to Compel Financial Records
8  and Data;

9    WHEREAS, on January 5, 2016, non-parties Fox Broadcasting Company, Fox Cable
10 Networks, Inc., and Fox International Channels ("Fox Networks") filed a Notice of Motion and
11 Motion to Intervene for Purposes of Opposing a Motion to Compel Production of Irrelevant
12 Documents Containing Non-Parties' Trade Secrets and Highly Confidential Business Information;

13   WHEREAS, on January 8, 2016, non-party CBS Broadcasting Inc. ("CBS") filed a Notice of
14 Motion and Motion to Intervene for the Limited Purpose of Opposing Plaintiffs' Motion to Compel
15 Production of Documents Containing Non-Parties' Highly Confidential Business Information;

16   WHEREAS, on January 6, 2016, Plaintiffs filed a Statement of Non-Opposition to Motion
17 for Leave to Intervene of Non-Parties ESPN/ABC;

18   WHEREAS, on January 6, 2016, Plaintiffs filed a Statement of Non-Opposition to Motion
19 for Leave to Intervene of Non-Parties the Fox Networks;

20   WHEREAS, on January 8, 2016, Plaintiffs filed a Statement of Non-Opposition to Motion
21 for Leave to Intervene of Non-Party CBS Broadcasting Inc.;

22   WHEREAS, on January 8, 2016, Defendants Atlantic Coast Conference, The Big Ten
23 Conference, Inc., The Big Twelve Conference, Inc., Pac-12 Conference, and Southeastern
24 Conference ("Conference Defendants") filed a Response to Plaintiffs' Statement of Non-Opposition
25 to Motion for Leave to Intervene of Non-Parties ESPN, Inc., ESPN Enterprises, Inc. and American
26 Broadcasting Companies, Inc.;

1   WHEREAS, the hearing on ESPN/ABC's Motion for Leave to Intervene is scheduled for
2   February 10, 2016;
3   WHEREAS, the hearing on the Fox Networks' Motion to Intervene is scheduled for February
4   17, 2016;
5   WHEREAS, the hearing on CBS's Motion to Intervene is scheduled for February 17, 2016;
6   WHEREAS, after the hearing on ESPN/ABC's Motion for Leave to Intervene was scheduled
7   for February 10, 2016, the California Court of Appeal scheduled for February 10, 2016 oral
8   argument in an unrelated litigation in which lead counsel for Pac-12 Conference is counsel, and will
9   argue the appeal;
10  WHEREAS, the parties have not previously stipulated to continue the hearing on
11  ESPN/ABC's Motion for Leave to Intervene; and
12  WHEREAS, the February 10, 2016 hearing date was not reserved with or specially set by the
13  Judge;
14  WHEREAS, all of the above motions to intervene are unopposed by plaintiffs and all other
15  parties;
16  THEREFORE, as a convenience to the Court and all of the parties, and to accommodate
17  Pac-12 Conference counsel's calendar conflict, Plaintiffs, Conference Defendants, and ESPN/ABC
18  hereby stipulate to continue the hearing on ESPN/ABC's Motion for Leave to Intervene set for
19  February 10, 2016 to February 17, 2016 at 1:00 p.m.

| | | |
|---|---|---|
| 1 | Dated: January 29, 2016 | Respectfully submitted, |
| 2 | By    /s/ Steve W. Berman | By    /s/ Jeffrey L. Kessler |

Steve W. Berman (*pro hac vice*)  
Ashley Bede (*pro hac vice*)  
HAGENS BERMAN SOBOL SHAPIRO LLP  
1918 Eighth Avenue, Suite 3300  
Seattle, WA 98101  
Telephone: (206) 623-7292  
Facsimile:  (206) 623-0594  
*steve@hbsslaw.com*  
*ashleyb@hbsslaw.com*  

Jeff D. Friedman (173886)  
Jon T. King (205073)  
HAGENS BERMAN SOBOL SHAPIRO LLP  
715 Hearst Avenue, Suite 202  
Berkeley, CA 94710  
Telephone: (510) 725-3000  
Facsimile: (510) 725-3001  
*jonk@hbsslaw.com*  
*jefff@hbsslaw.com*  

By /s/ Bruce Simon  
Bruce L. Simon (96241)  
Aaron M. Sheanin (214472)  
Benjamin E. Shiftan (265767)  
PEARSON, SIMON & WARSHAW, LLP  
44 Montgomery Street, Suite 2450  
San Francisco, CA 94104  
Telephone:  (415) 433-9000  
Facsimile:   (415) 433-9008  
*bsimon@pswlaw.com*  
*asheanin@pswlaw.com*  
*bshiftan@pswlaw.com*  

Counsel for *Consolidated Plaintiffs*  
*Interim Co-Lead Class Counsel*

Jeffrey L. Kessler (*pro hac vice*)  
David G. Feher (*pro hac vice*)  
David L. Greenspan (*pro hac vice*)  
Timothy M. Nevius (*pro hac vice*)  
Joseph A. Litman (*pro hac vice*)  
WINSTON & STRAWN LLP  
200 Park Avenue  
New York, NY 10166-4193  
Telephone: (212) 294-6700  
Facsimile: (212) 294-4700  
*jkessler@winston.com*  
*dfeher@winston.com*  
*dgreenspan@winston.com*  
*tnevius@winston.com*  
*jlitman@winston.com*  

Sean D. Meenan (SBN 260466)  
Jeanifer E. Parsigian (SBN 289001)  
WINSTON & STRAWN LLP  
101 California Street  
San Francisco, CA 94111  
Telephone: (415) 591-1000  
Facsimile: (415) 591-1400  
*smeenan@winston.com*  
*jparsigian@winston.com*  

Counsel for *Jenkins* Plaintiffs  
*Interim Class Counsel*

- 3 -

STIPULATION & ORDER TO CONTINUE HEARING FOR MOTION FOR LEAVE TO INTERVENE OF ESPN, INC., ESPN ENTERPRISES, INC., AND AMERICAN BROADCASTING COMPANIES, INC.  
CASE NOS. 4:14-MD-02541-CW (NC); 4:14-CV-02758-CW (NC)

| | |
|---|---|
| By: */s/ D. Erik Albright*<br>D. Erik Albright<br>SMITH MOORE LEATHERWOOD LLP<br>300 North Greene Street, Suite 1400<br>Greensboro, NC  27401<br>Telephone:  (336) 378-5368<br>Facsimile:   (336) 433-7402<br>erik.albright@smithmorrelaw.com<br><br>Jonathan P. Heyl<br>SMITH MOORE LEATHERWOOD LLP<br>101 N. Tryon Street, Suite 1300<br>Charlotte, NC 28246<br>Telephone: (704) 384-2625<br>Facsimile: (704) 384-2625<br>jon.heyl@smithmoorelaw.com<br><br>Charles La Grange Coleman, III<br>HOLLAND & KNIGHT LLP<br>50 California Street, Suite 2800<br>San Francisco, CA  94111-4624<br>Telephone:  (415) 743-6900<br>Facsimile:  (415) 743-6910<br>ccoleman@hklaw.com<br><br>*Counsel for The Atlantic Coast Conference*<br><br>By:  */s/ Andrew S. Rosenman*<br>Andrew S. Rosenman<br>Britt M. Miller<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL  60606-46537<br>Telephone:  (312) 782-0600<br>Facsimile:  (312) 701-7711<br>arosenman@mayerbrown.com<br>bmiller@mayerbrown.com<br><br>Richard J. Favretto<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, D.C.  20006-1101<br>Telephone:  (202) 263-3000<br>Facsimile:  (202) 263-3300<br>rfavretto@mayerbrown.com<br><br>*Counsel for The Big Ten Conference, Inc.* | By: */s/ Scott P. Cooper*<br>Scott P. Cooper<br>Jennifer L. Jones<br>Jacquelyn N. Ferry<br>PROSKAUER ROSE LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA  90067<br>Telephone:  (310) 557-2900<br>Facsimile:    (310) 557-2193<br>scooper@proskauer.com<br>jljones@proskauer.com<br>jferry@proskauer.com<br><br>*Counsel for Pac-12 Conference*<br><br>By:  */s/ Robert W. Fuller*<br>Robert W. Fuller, III<br>Nathan C. Chase Jr.<br>Mark W. Merritt<br>Lawrence C. Moore, III<br>Pearlynn G. Houck<br>Amanda R. Pickens<br>ROBINSON BRADSHAW & HINSON<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC  28246<br>Telephone:  (704) 377-2536<br>Facsimile:   (704) 378-4000<br>rfuller@rbh.com<br>nchase@rbh.com<br>mmerritt@rbh.com<br>lmoore@rbh.com<br>phouck@rbh.com<br>apickens@rbh.com<br><br>Mark J. Seifert<br>Robert R. Moore<br>ALLEN MATKINS LECK GAMBLE<br>MALLORY & NATSIS LLP<br>Three Embarcadero Center, 12th Floor<br>San Francisco, CA  94111<br>Telephone:  (415) 837-1515<br>Facsimile:  (415) 837-1516<br>mseifert@allenmatkins.com<br>rmoore@allenmatkins.com<br><br>*Counsel for Southeastern Conference* |

- 4 -

| | |
|---|---|
| By: */s/ Leane K. Capps*<br>Leane K. Capps<br>Caitlin J. Morgan<br>POLSINELLI PC<br>2950 N. Harwood Street, Suite 2100<br>Dallas, TX 75201<br>Telephone: (214) 397-0030<br>lcapps@polsinelli.com<br><br>Amy D. Fitts<br>POLSINELLI PC<br>120 W. 12th Street<br>Kansas City, MO 64105<br>Telephone: (816) 218-1255<br>afitts@polsinelli.com<br><br>Wesley D. Hurst<br>POLSINELLI PC<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Telephone: (310) 556-1801<br>whurst@polsinelli.com<br><br>*Counsel for the Big 12 Conference, Inc.* | By   /s/ Evan R. Chesler<br>Evan R. Chesler (admitted to N.D. Cal. on September 24, 1982)<br>Roger G. Brooks (*pro hac vice*)<br>J. Wesley Earnhardt (*pro hac vice*)<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br>echesler@cravath.com<br>rgbrooks@cravath.com<br>wearnhardt@cravath.com<br><br>*Attorneys for proposed intervenors ESPN, Inc., ESPN Enterprises, Inc., and American Broadcasting Companies, Inc.* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

/s/ *Scott P. Cooper*
SCOTT P. COOPER

SO ORDERED.

Dated: January 29, 2016

The Honorable Nathanael C[ousins]
United States [Magistrate] Judge

GRANTED
Judge Nathanael M. Cousins

- 5 -
STIPULATION & ORDER TO CONTINUE HEARING FOR MOTION FOR LEAVE TO INTERVENE OF ESPN, INC., ESPN ENTERPRISES, INC., AND AMERICAN BROADCASTING COMPANIES, INC.
CASE NOS. 4:14-MD-02541-CW (NC); 4:14-CV-02758-CW (NC)