IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | No. 14-md-2541 CW<br>No. 14-2758 CW<br><br>ORDER REFERRING PLAINTIFFS' REQUEST FOR CASE MANAGEMENT CONFERENCE |
_____/

Judge Cousins has scheduled a discovery status hearing for May 19, 2016. The Court refers Plaintiffs' Request for Case Management Conference and related case management issues to Judge Cousins. <u>See</u> Case No. 14-2541, Docket No. 369; Case No. 14-2758, Docket No. 195. He may recommend any appropriate changes to this Court's case management schedule.

IT IS SO ORDERED.

Dated: May 16, 2016

CLAUDIA WILKEN
United States District Judge