# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No: 4:14-md-2541-CW<br>Case No.: 4:14-cv-2758-CW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Jennifer M. Stewart, an active member in good standing of the bar of Appellate Division of the Supreme Court of the State of New York, First Judicial Department, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Class Counsel for *Jenkins* and Consolidated Action Plaintiffs in the above-entitled action. My local co-counsel in this case is Sean D. Meenan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193 | WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 294-6700 | (415) 591-1000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jstewart@winston.com | smeenan@winston.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4691911.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct***.

Dated: May 16, 2016                                    */s/ Jennifer M. Stewart*
                                                                        APPLICANT
                                                              Jennifer M. Stewart

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jennifer M. Stewart is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

PRO HAC VICE APPLICATION & ORDER                                            *October 2012*

American LegalNet, Inc.
www.FormsWorkFlow.com

1  Dated: 5/17/16

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*IT IS SO ORDERED*
Judge Claudia Wilken