IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION<br><br>_____/ | No. 14-md-2541 CW<br>No. 14-2758 CW<br><br>ORDER MODIFYING SCHEDULE |

The parties filed a stipulation modifying several deadlines. Case No. 14-2541, Docket No. 390. Judge Cousins recommended granting the stipulation.

Deadlines for this case are modified as follows:

| **Event** | **Date** |
|---|---|
| Defendants' Opposition to Plaintiffs' Motion for Damages Class Certification filed | August 26, 2016 |
| Plaintiffs' Reply in Support of Motion for Damages Class Certification filed | October 7, 2016 |
| Hearing on Plaintiffs' Motion for Damages Class Certification | October 25, 2016 at 2:30 pm |
| Close of Fact Discovery | December 16, 2016 |
| Merits Expert Reports filed | February 10, 2017 |
| Rebuttal Merits Expert Reports filed | April 7, 2017 |
| Completion of Expert Discovery | May 5, 2017 |
| Plaintiffs' Dispositive Motion(s) filed | June 30, 2017 |
| Defendants' Opposition to Dispositive Motion | July 28, 2017 |

| and Cross-Motion filed | |
| --- | --- |
| Plaintiffs' Reply in Support of Dispositive Motion and Opposition to Cross-Motion filed | August 18, 2017 |
| Defendants' Reply in Support of any Cross-Motion filed | September 1, 2017 |
| Hearing on Dispositive Motions and Further Case Management Conference | September 19, 2017 at 2:30 pm |

IT IS SO ORDERED.

Dated: May 24, 2016



CLAUDIA WILKEN
United States District Judge

2