1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                   OAKLAND DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | Case No. 4:14-md-02541-CW<br>Case No. 4:14-cv-02758-CW<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |
| | Date:        August 2, 2016<br>Time:       2:30 PM<br>Courtroom: Courtroom 2, 4th floor<br>Magistrate Judge Claudia Wilken |

1  **[PROPOSED] ORDER**

2  The Court, having considered the Motion for Leave to Appear Telephonically at Hearing on
3  the Motion for Judgment on the Pleadings ("Motion"), HEREBY GRANTS the Motion and orders
4  that leave is granted for David L. Greenspan to participate telephonically in the August 2, 2016
5  hearing on Defendants' Motion for Judgment on the Pleadings

7  IT IS SO ORDERED.

9  Dated: July 28, 2016



THE HONORABLE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA