UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

# CIVIL MINUTES

Date: August 11, 2016

Case No: **4:14-md-02541 CW / 4:14-cv-02758 CW**

Case Name: In re: National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litigation
Jenkins v NCAA

Counsel for Plaintiffs: David Feher, Benjamin Shiftan
Counsel for Defendants: Andrew Rosenman, Scott Cooper,
Counsel for Intervenors: David Singer, Wes Ernhardt, Yehudah Buchweitz

Additional Counsel:   Jeanifer Parsigian, Anne Whitney, (Craig Spiegel)
Karen Hoffman Lent, Robert Fuller,
(Britt Miller, Pearlynn Houck, Todd Hunt)

Deputy Clerk:   Lili M. Harrell          FTR Recording: 2:13pm-3:19pm/3:26pm-3:42pm
(Time: 1 hour, 22min)

## PROCEEDINGS:

• **Plaintiffs' Motion to Compel**  [402] in NCAA MDL, 14-md-02541 CW
[218] in Jenkins v NCAA, 14-cv-02758 CW

## ORDERED AFTER HEARING:

For the reasons stated on the record, the Court GRANTED the stipulated resolutions of the motion to compel financial records from the conferences Pac-12, ACC, SEC, and Big 12. See Dkt. Nos. 467, 473, 457, 471. As to the motion to compel financial records from the Big 10 conference, the Court GRANTED the motion to compel, finding the records to be relevant and needed, and that objections by the Big 10 and Fox Networks can be addressed through a protective order. By August 25, 2016, the plaintiffs, Big 10 and involved intervening entities are to confer further and submit a proposed order that is consistent with the resolution reached between the plaintiffs and Pac-12. Finally, as to the unresolved portion of the motion to compel addressed to the Pac-12, the Court DENIED the motion, finding the records to be potentially relevant, but that the discovery sought was burdensome and potentially duplicative of other discovery requested in the case.


Notes:
cc: