```
                  UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA

                           MINUTE ORDER
```

**The Honorable Claudia Wilken, Presiding**
**Date: July 19, 2018**                       **Time**: 2 hours, 25 minutes
**Deputy Clerk**: Doug Merry        **Court Reporter**: Diane Skillman

**Case Nos.:** 14-md-02541-CW; 14-cv-2758 CW
**Case Names:** In re NCAA Grant-in-Aid Cap Antitrust Litigation
               Jenkins v. NCAA et al

**Appearances for Plaintiff**: Steve Berman, Bruce Simon, David Greenspan, Jeff Friedman, Sean Meenan, Jeffrey Kessler, Joseph Litman, Jeanifer Parsigian, Ben Shiftan, Elizabeth Pritzker
**Appearances for Defendant**: Bart Williams, Beth Wilkinson, Leane Capps, Jeffrey Mishkin, Brant Bishop, Sean Eskovitz, Scott Cooper, Robert Fuller, Pearlynn Houck, Kyle Cesazza, Jon Heyl, Karen Lent
**Telephonic Appearances:** Robert Hunt, Milton Winter, Mark Cunningham, Benjamin Block, Benjamin Chojnacki, Gregory Curtner, Richard Favretto, Jennifer Jones, Britt Miller, Amanda Pickens, Andrew Rosenman, Brent Rychener

**Proceedings: Pretrial Trial Conference - held; Motions in Limine - held**

Counsel argues the motions before the Court. The Court takes the matter under submission and will issue a written ruling.

The Court sets a briefing schedule regarding new expert opinion.

Counsel shall submit a joint proposed schedule for filing revised exhibit lists, revised deposition excerpts and any objections to the same that parties have not been able to resolve at their upcoming meet-and-confer.